IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID ADELE, # 2012070048 | § | PLAINTIFF |
| | § | |
| VERSUS | § | Civil No. 1:14cv448-HSO-JCG |
| | § | |
| TERRY ROGERS, ADAM DRAKE, | § | |
| PRESTON GOFF, JOHNATHAN | § | |
| MORAN, and BOBBY FAIRLEY | § | DEFENDANTS |

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE** for failure to state a claim and as frivolous and malicious.

**SO ORDERED AND ADJUDGED**, this the 5th day of June, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE